IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| RAYMOND RHODES, JR., | ) | BKCY No.: 18-23836-JAD |
| | ) | |
| Debtor | ) | Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Bankruptcy Rules, GATEWAY SCHOOL DISTRICT, is a creditor and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and all other notices given or required to be given in this case and all other papers served or required to be served in this case, be given to and served upon:

Laura M. McCurdy, Esquire
Weiss Burkardt Kramer, LLC
445 Fort Pitt Boulevard, Suite 503
Pittsburgh, PA  15219
(412) 391-0160

The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery telephone, telegraph, telex or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in the case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct.

PLEASE TAKE FURTHER NOTICE that THE GATEWAY SCHOOL DISTRICT intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it its or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses setoff, and recoupments are expressly reserved.

Dated: 11/6/18

WEISS BURKARDT KRAMER, LLC

/s/ Laura M. McCurdy
Laura M. McCurdy, Esquire
Pa I.D. # 87461
Attorney for Gateway School District
Weiss Burkardt Kramer, LLC
445 Fort Pitt Boulevard, Suite 503
Pittsburgh, PA  15219
(412) 391-0160
lmccurdy@wbklegal.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| RAYMOND RHODES, JR., | ) | BKCY No.: 18-23836-JAD |
| | ) | |
| Debtor | ) | Chapter 13 |

## **DECLARATION IN LIEU OF AFFIDAVIT**

I certify that this request supersedes any prior request for Notice by this creditor, that there is no other request to receive Notices for the specified creditor, and that I am authorized to make this request for Notices on behalf of the named creditor.

Dated: 11/6/18

WEISS BURKARDT KRAMER, LLC
/s/ Laura M. McCurdy
Laura M. McCurdy, Esquire
Pa I.D. # 87461
Attorney for Gateway School District
445 Fort Pitt Boulevard, Suite 503
Pittsburgh, PA  15219
(412) 391-0160
lmccurdy@wbklegal.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| RAYMOND RHODES, JR., | ) | BKCY No.: 18-23836-JAD |
| | ) | |
| Debtor | ) | Chapter 13 |

**CERTIFICATE OF MAILING OF NOTICE OR OTHER DOCUMENT TO PARTIES IN INTEREST**

**Michael S. Geisler**
Attorney at Law
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

**U.S. Trustee**
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222


WEISS BURKARDT KRAMER, LLC
/s/ Laura M. McCurdy
Laura M. McCurdy, Esquire
Pa I.D. # 87461
Attorney for Gateway School District
445 Fort Pitt Boulevard, Suite 503
Pittsburgh, PA  15219
(412) 391-0160
lmccurdy@wbklegal.com