MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
11/27/18 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: Rhodes JR.            JAD/TPA/CMB/GLT

Case Number: 18-23836

Date of Meeting: 11/19/18            Recording # 03
Debtor(s) present ✓ or Not Present ___ (___ No Payments Made or ✓ partial payments)
Attorney for debtor(s) Geisler            (Present ✓ or Not Present ___)
Date of Plan at § 341: 10/22/18   Applicable commitment period ✓ 3 yrs ___ 5 yrs

___✓___ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD
            _____ Order to Show Cause Requested
            _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____ ; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___✓___ Continued to:
            _____ 341 Meeting   OR   ___X___ Conciliation Conf. OR ___ *Contested Hearing
            On 1/31/19 at 11:00 am/pm Location 3250

Chapter 13 Trustee/Attorney for Trustee