# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

**Debtor:** RAYMOND RHODES
**Case Number:** 18-23836-JAD    **Chapter:** 13

**Date / Time / Room:** WEDNESDAY, MARCH 06, 2019 10:00 AM    COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## *Matter:*

Contested Hearing on Confirmation of Debtor's Chapter 13 Plan Dated 10/22/2018
- Objection To Confirmation filed 1/28/2019 at ECF No. 32 by PA Dept. of Revenue
- Conciliation Conference Held 1/31/2019 - Continued To 3/6/2019 Contesteds
- Objection To Confirmation of Plan filed 2/21/2019 at ECF No. 36 by PNC Bank National Association
R / M #:  16 / 0

## *Appearances:*

CHAPTER 13 TRUSTEE:  WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR:  MICHAEL S. GEISLER, ESQUIRE
CREDITOR:  JIM PEAVLER, ESQUIRE for PA DEPT. OF REVENUE
CREDITOR:  JAMES C. WARMBRODT, ESQUIRE for PNC BANK

## *Proceedings:*

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____
              AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order -  NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
  ✓ OTHER:    * ORDER
Confirmation is denied. An Order shall be entered that dismisses this case without prejudice.

JEFFERY A. DELLER    3-6-2019
U.S. Bankruptcy Judge

FILED
3/6/19 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Page 1 of 1                                                                2/22/2019    8:20:07AM

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 18-23836-JAD
Raymond Rhodes, Jr.                                                     Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin                   Page 1 of 2           Date Rcvd: Mar 06, 2019
                              Form ID: pdf900              Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
db             +Raymond Rhodes, Jr.,    625 Dahlia Drive,    Monroeville, PA 15146-1251
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES OF AMERICA 15219-6101
14935010       +Capital One,   c/o Becket & Lee,    16 General Warren Blvd.,    Malvern, PA 19355-1245
14923184        County of Allegheny,    c/o Goehring, Rutter & Boehm,    14th Floor, Frick Building,
                 Pittsburgh, PA 15219
14967905       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14935012       +Gateway SD,    9000 Gateway Camopus Blvd.,    Monroeville, PA 15146-3377
14961324       +Gateway School District,    C/O Weiss Burkardt Kramer LLC,    445 Fort Pitt Blvd STE 503,
                 Pittsburgh, PA 15219-1308
14935014       +Municipality of Monroeville,    2700 Monroeville Blvd.,    Monroeville, PA 15146-2359
14935016       +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
14961302       +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
14951148       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14957978        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 07 2019 02:28:10
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14932815        E-mail/Text: mrdiscen@discover.com Mar 07 2019 02:20:43     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14956900       +E-mail/Text: kburkley@bernsteinlaw.com Mar 07 2019 02:21:39     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14935013        E-mail/Text: cio.bncmail@irs.gov Mar 07 2019 02:20:49     Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14925470        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 07 2019 02:21:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14959641        E-mail/Text: bnc-quantum@quantum3group.com Mar 07 2019 02:20:56
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
14958027        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 07 2019 02:28:46     Verizon,
                 by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
14935017        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 07 2019 02:20:53     WFCB-HSN,
                 P.O. Box 659707,    San Antonio, TX 78265-9707
                                                                                               TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Gateway School District c/o Weiss Burkardt Kramer,,    445 Fort Pitt Blvd., Suite 503,
                 Pittsburgh
cr              PA Dept of Revenue
cr              PNC BANK NATIONAL   ASSOCIATION
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14935011*       Discover Bank,    Discover Products, Inc.,    P.O. Box 3025,    New Albany, OH 43054-3025
14935015*       Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                 TOTALS: 3, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: lfin              Page 2 of 2           Date Rcvd: Mar 06, 2019
                               Form ID: pdf900         Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:

```
          James   Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Jeffrey R. Hunt     on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jim   Peavler     on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Laura   McCurdy     on behalf of Creditor    Gateway School District c/o Weiss Burkardt Kramer, LLC.
           csilliman@wbklegal.com
          Michael S. Geisler     on behalf of Debtor Raymond  Rhodes, Jr. m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9
```