IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

RAYMOND RHODES, JR.,  : Bankruptcy No. 18-23836-JAD
: 
: Issued Pursuant To 2/6/19 Proceeding
: 
Debtor.  : Chapter 13
_____X

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## AND TERMINATING INCOME ATTACHMENT(S)

AND NOW, this **6th** day of **March**, 2019, IT IS HEREBY ORDERED that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor remains legally liable for all of his debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report And Account and the Trustee's Certification Of Distributed Funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further order of court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors and parties in interest of this dismissal.

FILED
3/6/19 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ mas
JEFFERY A. DELLER
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-23836-JAD
Raymond Rhodes, Jr.                                                   Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0315-2        User: lfin            Page 1 of 2            Date Rcvd: Mar 06, 2019
                            Form ID: pdf900       Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
db         +Raymond Rhodes, Jr.,    625 Dahlia Drive,    Monroeville, PA 15146-1251
cr         +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
             Frick Building,    Pittsburgh, PA 15219,    UNITED STATES OF AMERICA 15219-6101
14935010   +Capital One,   c/o Becket & Lee,    16 General Warren Blvd.,    Malvern, PA 19355-1245
14923184    County of Allegheny,    c/o Goehring, Rutter & Boehm,    14th Floor, Frick Building,
             Pittsburgh, PA 15219
14967905   +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
             437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14935012   +Gateway SD,    9000 Gateway Campus Blvd.,    Monroeville, PA 15146-3377
14961324   +Gateway School District,    C/O Weiss Burkardt Kramer LLC,    445 Fort Pitt Blvd STE 503,
             Pittsburgh, PA 15219-1308
14935014   +Municipality of Monroeville,    2700 Monroeville Blvd.,    Monroeville, PA 15146-2359
14935016   +PNC Bank,   P.O. Box 94982,    Cleveland, OH 44101-4982
14961302   +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
14951148   +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14957978    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 07 2019 02:28:59
             Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14932815    E-mail/Text: mrdiscen@discover.com Mar 07 2019 02:20:43     Discover Bank,
             Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14956900   +E-mail/Text: kburkley@bernsteinlaw.com Mar 07 2019 02:21:39     Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
             Pittsburgh, PA 15219-1945
14935013    E-mail/Text: cio.bncmail@irs.gov Mar 07 2019 02:20:49     Internal Revenue Service,
             Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14925470    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 07 2019 02:21:06
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg, PA  17128-0946
14959641    E-mail/Text: bnc-quantum@quantum3group.com Mar 07 2019 02:20:56
             Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
             Kirkland, WA  98083-0788
14958027    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 07 2019 02:28:46     Verizon,
             by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14935017    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 07 2019 02:20:54     WFCB-HSN,
             P.O. Box 659707,    San Antonio, TX 78265-9707
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Gateway School District c/o Weiss Burkardt Kramer,,    445 Fort Pitt Blvd., Suite 503,
             Pittsburgh
cr          PA Dept of Revenue
cr          PNC BANK NATIONAL  ASSOCIATION
cr*        +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
             707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*        +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
14935011*   Discover Bank,    Discover Products, Inc.,    P.O. Box 3025,    New Albany, OH 43054-3025
14935015*   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
                                                                                TOTALS: 3, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                          Signature:   /s/Joseph Speetjens

```
District/off: 0315-2           User: lfin                Page 2 of 2            Date Rcvd: Mar 06, 2019
                               Form ID: pdf900           Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jim  Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Laura  McCurdy    on behalf of Creditor    Gateway School District c/o Weiss Burkardt Kramer, LLC.
           csilliman@wbklegal.com
          Michael S. Geisler    on behalf of Debtor Raymond  Rhodes, Jr. m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                            TOTAL: 9
```