**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RAYMOND RHODES, JR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-23836 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/28/2018 and confirmed on 01/01/1900. The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 310.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 310.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 14.88 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14.88 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1920 | | | | |
| PNC BANK NA | 10,184.53 | 0.00 | 0.00 | 0.00 |
| Acct: 1920 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 502.80 | 0.00 | 0.00 | 0.00 |
| Acct: G216 | | | | |
| GATEWAY SD (MONROEVILLE) (RE) | 20,889.20 | 0.00 | 0.00 | 0.00 |
| Acct: G216 | | | | |
| MUNICIPALITY OF MONROEVILLE (RE) | 2,620.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXG216 | | | | |
| PA DEPARTMENT OF REVENUE* | 11,824.72 | 0.00 | 0.00 | 0.00 |
| Acct: 3945 | | | | |
| GATEWAY SD (MONROEVILLE) (RE) | 16,582.89 | 0.00 | 0.00 | 0.00 |
| Acct: G216 | | | | |
| MUNICIPALITY OF MONROEVILLE (RE) | 1,007.00 | 0.00 | 0.00 | 0.00 |
| Acct: G216 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 55.31 | 0.00 | 0.00 | 0.00 |
| Acct: G216 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | ***NONE*** | | | |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| MICHAEL S GEISLER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RAYMOND RHODES, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 3945 | 4,280.97 | 0.00 | 0.00 | 0.00 |
| MICHAEL S GEISLER ESQ<br>Acct: | 2,800.00 | 0.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXXX-JAD | 310.00 | 295.12 | 0.00 | 295.12 |
| | | | | 295.12 |

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 1933 | 1,287.31 | 0.00 | 0.00 | 0.00 |
| KERI P EBECK ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 0918 | 2,064.42 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 3945 | 67,142.08 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 3945 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT COMENI<br>Acct: 6588 | 654.72 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 6328 | 273.28 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE LP<br>Acct: 0001 | 369.59 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*<br>Acct: 6043 | 148.75 | 0.00 | 0.00 | 0.00 |

***NONE***

TOTAL PAID TO CREDITORS                                                                                      295.12

TOTAL CLAIMED
PRIORITY         4,590.97
SECURED         63,666.45
UNSECURED      71,940.15

Date: 04/02/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com